Submitted on record and briefs November 7, reversed and remanded for new trial
December 11, 1996

In the Matter of George Wirkkala,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

GEORGE WIRKKALA,
*Appellant.*

(9511-73099; CA A91060)

927 P2d 1123

Paul L. Breed filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and John T. Bagg, Assistant Attorney General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for new trial. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).